UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HAZEL L. WILLIAMS | § | |
| | § | |
| vs. | § | CASE NO. 2:07-CV-456-DF-CE |
| | § | |
| MARSHALL REGIONAL MEDICAL | § | |
| CENTER FOUNDATION | § | |

## **MEMORANDUM ORDER**

The above-titled and numbered civil action was heretofore referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge, which contains his recommendation for the disposition of defendant's motion (Dkt. No. 10) to dismiss, have been presented for consideration. No objections were filed to the Report and Recommendation. The court is of the opinion that the conclusions of the Magistrate Judge are correct. Therefore, the court hereby adopts the report of the United States Magistrate Judge as the conclusions of this court. Accordingly, the court denies the defendant's motion to dismiss.

**SIGNED this 25th day of March, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE